(98 South. 403)

No. 26187.

**STATE of Louisiana v. Mrs. Walter ADAMS.**

(Nov. 5, 1923.)

Appeal from Twenty-Eighth Judicial District Court, Parish of Jefferson; Prentice E. Edrington, Judge.

C. F. Helmecke, of New Orleans, for appellant.

A. V. Coco, Atty. Gen., and C. A. Buchler, Dist. Atty., of Gretna (T. S. Walmsley, of New Orleans, and A. J. Bordelon, of Marksville, of counsel), for the State.

By Division C, composed of OVERTON, ST. PAUL, and THOMPSON, JJ.

ST. PAUL, J. This defendant was charged at the same time and with the same offense as charged against her husband, whose appeal we have just passed upon (98 South. 402[1]); but she was tried and convicted separately.

She has reserved no bills of exception, and comes before us with nothing but certain "propositions of law," as mentioned and disposed of in the fourth section of our opinion in the appeal taken by her husband.

We see no error of law in her conviction, and same must be affirmed. But we think that the circumstances in her case may be deserving of the attention of the Board of Pardons.

### Decree.

The judgment appealed from is therefore affirmed.

[1] Ante, p. 873.